O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-00762 AHM (OPx) | Date | July 6, 2011 |
|---|---|---|---|
| Title | GARY BONSLATER v. COUNTRYWIDE HOMELOAN, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On June 21, 2011, the Court issued an order granting defendant Litton Loan Servicing LP's motion to dismiss Plaintiff's complaint. In that order, the Court informed Plaintiff that he had 14 days to cure his failure to comply with Local Rule 41-6, and that if he failed to comply, then this action would be dismissed with prejudice.

Plaintiff has since failed timely to comply with Local Rule 41-6 by apprising the Court of his current address and telephone number. Accordingly, the Court dismisses this action. The Clerk is directed to close the file.

_____ : _____

Initials of Preparer          SMO

**JS-6**